**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01563-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,
v.

$6,340.00 IN UNITED STATES CURRENCY, and
2008 DODGE RAM VIN 3D7KS28A38G200086,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court *sua sponte.* The court's **Order Reference To United States Magistrate Judge** [#2] entered July 7, 2009, is inadvertently assigned to Magistrate Judge Michael J. Watanabe. The matter is actually assigned to Magistrate Judge Boyd N. Boland. The court has concluded that the **Order Reference To United States Magistrate Judge** [#2] entered July 7, 2009, should be withdrawn.

    **THEREFORE, IT IS ORDERED** the court's **Order Reference To United States Magistrate Judge** [#2] entered July 7, 2009, is **WITHDRAWN**.

    Dated: July 9, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.